lant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

RICE & HILL, INC., Respondent, v. L. DUNCAN BULKLEY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy JJ.

HARRY R. PATTERSON, Respondent, v. BLACK AND WHITE AND TOWN TAXI, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

JAMES B. REGAN, Respondent, v. WASHINGTON MARINE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING B. NETTLER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

HARRY ALTMAN and Another, Copartners, etc., Respondents, v. ISAAC OZDOBA and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

HARRY ALTMAN and Another, Copartners, etc., Respondents, v. ISAAC OZDOBA and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

A. W. SMITH & COMPANY, Appellant, v. LINCOLN TRUST COMPANY and Another, Executors, etc., of CHISHOLM BEACH, Deceased, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.; Smith, J., dissenting.

E. L. QUARLES CORPORATION, Appellant, v. NATIONAL SURETY COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

LOUIS COUGHLIN, Respondent, v. PARK ROW REALTY COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.; Clarke, P. J., dissenting.

PHILIP BENDER, Appellant, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Another, Respondents. HANS RAUDIN, Appellant, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Another, Respondents. LEONID KUDRAZEFF, Appellant, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Another, Respondents. RUDOLPH DORSCH, Appellant, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Another, Respondents. HENDRICK SIPHON, Appellant, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Another, Respondents.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

JACOB MONSKY, Doing Business as HERALD SQUARE PRESS, Respondent, v. GRACE ESMEE MACKENZIE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.

WILLIAM E. WIENER, INC., Respondent, v. ISAAC ADLER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.